**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Craig Malone THOMAS, Defendant-
Appellant.**

**No. 24749.**

United States Court of Appeals,
Ninth Circuit.

Feb. 9, 1970.

Richard Weinstein (argued), San Francisco, Cal., for defendant-appellant.

Paul G. Sloan (argued), Asst. U. S. Atty., Cecil F. Poole, U. S. Atty., San Francisco, Cal., for plaintiff-appellee.

Before BARNES, BROWNING and WRIGHT, Circuit Judges.

PER CURIAM.

Craig Malone Thomas appeals from a judgment finding him guilty of violating 50 U.S.C.App. § 462, refusal to submit to induction. The induction order upon which he was convicted resulted from his having been processed as a "delinquent" for "failure to cooperate and complete" his Armed Forces physical examination following his classification as I-A. We reverse.

In Gutknecht v. United States, 396 U.S. 295, 90 S.Ct. 506, 24 L.Ed.2d 532 (dec. Jan. 19, 1970,) the delinquency regulations used here were held to be unauthorized by statute. *See* also Breen v. Selective Service Local Board No. 16, 396 U.S. 460, 90 S.Ct. 661, 24 L.Ed.2d 653 (dec. Jan. 26, 1970). For the reasons given in *Gutknecht, supra,* we hold that Thomas did not fail to exhaust his admin-

istrative remedies. Finally, having classified him delinquent, it must be assumed absent a showing to the contrary that the board followed the regulatory command (32 C.F.R. § 1642.13) and accelerated his induction which, in turn, affected the registrant's substantial rights. United States v. Baker, 416 F.2d 202, 204–205 (9th Cir. 1969).

Reversed.